IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DISTRICT

```
- - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :
     v.                       :    Criminal No. 22-1945-TJS
                              :
KAMEL DONNELL HAY,            :
                              :
          Defendant.          :
                              :
- - - - - - - - - - - - - - x    February 5, 2022

                                 Baltimore, Maryland
```

**TELEPHONIC BLOOD DRAW WARRANT**

BEFORE:  THE MAGISTRATE JUDGE TIMOTHY J. SULLIVAN

APPEARANCES:              Sergeant Matthew Manning
                          United States National Park Police

Transcription Company:  CompuScribe
                        P.O. Box 789
                        Cheltenham, Maryland  20623-9998
                        (301) 577-5882

Proceeding recorded by electronic sound recording,
transcript produced by transcription service.

1          P R O C E E D I N G S

2          (Whereupon, at 6:40 a.m., the call began.)

3          THE COURT:  Good morning, it is Master Judge Tim

4    Sullivan.  It is February 5th, 2022 at 6:40 a.m.  I have been

5    contacted by the United States Park Police for a blood draw

6    warrant.  This matter is being recorded pursuant to our

7    protocols.  And you told me this call has been approved by

8    Assistant U.S. Attorney Weisman.

9          SERGEANT MANNING:  Yes, sir.

10          THE COURT:  And are you the affiant?

11          SERGEANT MANNING:  Yes.

12          THE COURT:  All right, so can you just give me your

13    name for the record again.

14          SERGEANT MANNING:  Yes, my name is Matthew Manning,

15    and that is spelled M-a-n-n-i-n-g.  I am a Sergeant with the

16    United States Park Police.

17          THE COURT:  Let me swear you in.

18          (Whereupon, Sergeant Matthew Manning was sworn.)

19          SERGEANT MANNING:  Yes, sir, I do.

20          THE COURT:  All right.  Could you tell me the name

21    of the person subject to the warrant including any

22    identification?

23          SERGEANT MANNING:  Yes.  So this is from a Maryland

24    Driver's license.  Last name of Hay.  Spelled H-a-y.  First

25    Kamel, spelled K-a-m-e-l.  Middle of Donnell, spelled

1    D-o-n-n-e-l-l.  Date of birth of xx/xx of xxxx.  He is 5'8",

2    180 pounds.  Maryland Driver's license number H-000-461-149-

3    xxx.

4              THE COURT:  And can you tell me the probable cause

5    for the warrant, to include date, time and location of the

6    incident?

7              SERGEANT MANNING:  Yes.  So at approximately 0441

8    hours, United States Park Police Baltimore Washington Parkway

9    station dispatch to the area of Northbound Baltimore

10   Washington Parkway just south of Interstate 95, 495 otherwise

11   known as the Capital Beltway for a motor vehicle collision.

12             Units arrived on scene and they observed a Ford

13   Mustang sedan that was between the wood line on the east side

14   of the roadway that sustained significant damage throughout

15   the entire body.  In the front passenger seat, they located

16   an adult male that was deceased.  He was crushed into that

17   portion of the vehicle due to the intrusion of multiple trees

18   that it struck.

19             They observed a black male, who was later

20   identified as Kamel Hay standing just west of the vehicle on

21   the shoulder of the roadway, speaking with a witness that

22   observed the entire crash.  They observed Mr. Hay exit from

23   the driver seat of the vehicle.  That coupled with the

24   extensive damage showed that he was operating the vehicle at

25   the time of the incident.

1      Mr. Hay was transported from the scene to Capital

2   Regional Medical Center for medical treatment by Prince

3   George's County Fire Department.  Upon arrival at the

4   hospital, the affiant spoke with Mr. Hay in the trauma ward

5   at the hospital.  Mr. Hay stated that he had been out at Q

6   Libra, a night club in Washington, D.C., admitted to drinking

7   "two cups of liquor" but he was unsure of the exact quantity

8   and the type of liquor.

9      While he was speaking, I could detect a faint odor

10  of an alcoholic beverage emanating from his breath while he

11  was laying in the hospital bed.  No standardized field

12  sobriety testing was detected due to his medical condition

13  and the fact that was mobilized on a stretcher.  He says that

14  he left -- he is unsure of the time he left the nightclub but

15  he headed to D.C. at 11 p.m., and all of the drinks that he

16  consumed were at the nightclub.

17     THE COURT:  And did he -- did he not agree to take

18  a blood test?

19     SERGEANT MANNING:  I did not ask him for consent

20  just based on his medical condition and any discrepancies in

21  trying to say that he would understand or anything.  I just

22  took the warrant route.

23     THE COURT:  All right.  So, what was his medical

24  condition?

25     SERGEANT MANNING:  So he was -- he had a CAT scan

1   and they are still waiting for the results of that.  The

2   hospital believes it is relatively minor injuries with all

3   things considered for the crash.

4           THE COURT:  Okay.  That is fine.  All right,

5   anything else, Sergeant?

6           SERGEANT MANNING:  No, sir.

7           THE COURT:  All right, I find there is probable

8   cause based on the representations of Sergeant Manning.

9   Probable cause to justify the issuance of the warrant for the

10  drawing of the blood of Kamel Donnell Hay.  And at this time

11  based on the information communicated to me over the

12  telephone, my time is 6:45 and I will get a warrant out as

13  soon as I can.

14          What is your e-mail address?

15          SERGEANT MANNING:  Yes.  It is Matthew,

16  M-a-t-t-h-e-w, underscore, Manning, M-a-n-n-i-n-g @NPS,

17  North, Paul, Sam, .gov.

18          THE COURT:  All right Sergeant, I will get this out

19  to you as quick as I can.

20          SERGEANT MANNING:  Okay, do you want me to stand by

21  until I get it or am I good to go now?

22          THE COURT:  Oh, you are good to go now.

23          SERGEANT MANNING:  All right, perfect.

24          THE COURT:  Thank you.  All right.  Bye.

25          SERGEANT MANNING:  I will get that back to you as

1    soon as I can. Thank you.

2            THE COURT:  No problem.

3            SERGEANT MANNING:  All right.

4        (Whereupon, at 6:45 a.m., the call concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I hereby certify that the foregoing is a correct transcript from the duplicated electronic sound recording of the proceedings in the above-entitled matter.

*/s/ Lisa N. Contreras  1/9/2025*

Lisa N. Contreras            Date
Certified Transcriber, CompuScribe
Certificate No.:  CET**D-1251